MINUTE ENTRY
VAN MEERVELD
July 29, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| USI INSURANCE SERVICES, LLC,<br>    *Plaintiff* | CIVIL ACTION<br>NO.  19-9340 |
| VERSUS | SECTION:  "T" (1) |
| MERRICK T. MATTHEWS AND<br>PAUL'S INSURANCE SERVICES, LLC,<br>    *Defendants* | DISTRICT JUDGE<br>GREG GERARD GUIDRY<br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

### HEARING ON MOTION

Oral argument was conducted via video conference.

COURT REPORTER:   Toni Tusa

APPEARANCES:      Kindall James, William Abel, Joel Babineaux

MOTION(S):

1. Plaintiff's MOTION to Compel (Rec. Doc. 64)

ORDERED:

The motion is GRANTED in part and DENIED in part, as follows:

- Plaintiff's request for a forensic examination is denied.

- Paul's Insurance Services, LLC ("Paul's Insurance") will revise its discovery responses to clarify whether any documents are being withheld subject to the objections or whether all responsive documents have been produced.

- The issue of defining USI Customer is moot.

- Paul's Insurance will produce unredacted copies of the reimbursement records and employment records subject to the Attorneys' Eyes Only provision of the protective order, with the additional requirement that such unredacted copies will not be shown to any

- employees, officers, shareholders, members, or registered agents of the plaintiff even if such individual is also an attorney.
- Plaintiff will take up issues related to LinkedIn profiles with Paul's Agency, LLC.
- Paul's Insurance will search for and produce responsive recruitment communications for the period two years prior to Merrick Matthews' termination from employment.
- No searches for internal emails regarding the possible recruitment of Amy Gaudet will be required at this time.
- Paul's Insurance will expand its production of compensation information to include the six month period following the expiration of the restrictive covenants.
- The issue concerning witness statements is moot.
- No additional ESI searches will be required at this time.
- The parties shall focus their discovery efforts on preparing to have meaningful settlement discussions during the August 19, 2020, settlement conference.

2. Defendants' MOTION for Protective Order (Rec. Doc. 66)

ORDERED:

The motion is taken under submission.

_____
Janis van Meerveld
United States Magistrate Judge

MJSTAR (00:39)